# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| DULCE CONSUELO DIAZ MORALES, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 25-4151-BAH |
| NIKITA BAKER ET AL., | * | |
| Respondents. | * | |

## **ORDER**

After a teleconference held today, the Court sets the following briefing schedule at the request of the parties:

| | |
|---|---|
| Petitioner's deadline to file an amended petition: | Monday, December 22, 2025 |
| Respondents' deadline to file a response: | Monday, January 5, 2026 |
| Petitioner's deadline to file any reply or response: | Seven (7) days after the filing of Respondents' response |

Dated: December 18, 2025

/s/
Brendan A. Hurson
United States District Judge