# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| DULCE CONSUELO DIAZ MORALES, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 25-4151-BAH |
| NIKITA BAKER ET AL., | * | |
| Respondents. | * | |

## ORDER

The Court held a teleconference today and, with the input of counsel, set a briefing schedule on Petitioner Dulce Consuelo Diaz Morales's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The All Writs Act permits courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). Further, the Supreme Court recognizes "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels." *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (citing cases).

Given the jurisdictional questions embedded in the merits of the petition, in order to preserve existing conditions and the potential jurisdiction of this Court over this matter while the Court determines the scope of its authority to grant the requested relief, the Court hereby EXTENDS the Second Amended Standing Order 2025-01, ECF 4.

Specifically, Respondents, including all those acting for them or on their behalf, are enjoined from removing Petitioner Dulce Consuelo Diaz Morales from the United States or altering her legal status during the pendency of this action subject to further order of this Court.

Dated: December 18, 2025

/s/
Brendan A. Hurson
United States District Judge